Argued July 14, affirmed August 23, 1967

WHITE, *Respondent, v.* WHITE, *Appellant.*

430 P. 2d 861

*Edward V. O'Reilly,* Eugene, argued the cause and filed a brief for appellant.

*Hale G. Thompson,* Eugene, argued the cause for respondent. With him on the brief were Thompson, Mumford & Woodrich, Eugene.

Before PERRY, Chief Justice, and SLOAN, GOODWIN, DENECKE and LUSK, Justices.

PER CURIAM.

In this appeal from a decree of divorce, defendant protests only of the division of the property. Our review of the record reveals that the trial court's studied judgment resulted in a fair division of the property.

Affirmed.